UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 02-100 (MJD/RLE)

THE ANTIOCH COMPANY, ET AL,

Plaintiff,

v.

**ORDER OF REFERENCE**

SCRAPBOOK BORDERS, ET AL,

Defendant.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Raymond L. Erickson is designated to conduct hearings on the motion to stay [docket # 3] filed in this matter. A hearing has been set for April 18, 2002 at 11:00 a.m. in front of Magistrate Erickson in Duluth, Minnesota.

Dated: 4-4-02

Michael J. Davis, Judge
United States District Court

APR 4 2002
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____