UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 02-100 (MJD/RLE)

THE ANTIOCH COMPANY,

Plaintiff,

v.

**ORDER OF REFERRAL**

SCRAPBOOK BORDERS, et al.,

Defendants.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Raymond L. Erickson is designated to conduct hearings on all non-dispositive and dispositive motions. In regard to dispositive motions, Magistrate Judge Erickson is to submit proposed findings of fact and recommendations of law on any motions (including motions to dismiss or for summary judgment) which may be filed in this matter. Any such motions shall be noticed for hearing before Magistrate Judge Raymond L. Erickson.

Dated: April 24, 2002

Michael J. Davis
Michael J. Davis, Judge
United States District Court

APR 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK