UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

The Antioch Company,

Plaintiff,

vs. NOTICE OF HEARING

Scrapbook Borders, Inc.,
Lisa Debonopaula a/k/a Lisa
dePaula and Luis Debonopaula,
d/b/a Solrac Enterprises,

Defendants. Civ. No. 02-100(MJD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 14th day of May, 2002.

* * *

Pursuant to Title 28 U.S.C. §636(b)(1)(B) and and Order of Reference dated April 25, 2002, the Defendants' Motion to Transfer is set for Hearing before the undersigned on **Thursday, June 27, 2002, at 10:00 a.m.**, in Court Room 3, United States Courthouse, 515 West First St., Duluth, Minnesota. The parties' attention is directed to LR7.1(b), Civil Motion Practice.

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

25

FILED MAY 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK