UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Antioch Company,<br><br>Plaintiff,<br><br>vs.<br><br>Scrapbook Borders, Inc., Lisa DeBonoPaula a/k/a Lisa dePaula, and Luis DeBonoPaula d/b/a Solrac Enterprises,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Court File No. 02-CV-100 MJD/RLE<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER GRANTING LEAVE TO AMEND THE PLEADINGS**<br><br>**ORAL ARGUMENT IS NOT REQUESTED** |

---

The parties above named, by and through their respective counsel, stipulate that the Court may enter an Order in the form set forth below.

Dated: August 14, 2002

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By Chris Sandberg by GMF
Christopher K. Sandberg (#95485)
Suite 2200 (signed by Gregg M. Fishbein (202009))
100 Washington Avenue South
Minneapolis, MN 55401
(612) 339-0981

Attorneys for Scrapbook Borders, Inc., Lisa DeBonoPaula a/k/a Lisa dePaula, and Luis DeBonoPaula d/b/a Solrac Enterprises

FILED AUG 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: August 14, 2002 GRAY, PLANT, MOOTY, MOOTY & BENNETT, P.A.

By [signature]
Gina M. Tiefenthaler (#264878)
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402
(612) 343-2800

Attorneys for The Antioch Company

**ORDER**

Pursuant to the above Stipulation of the parties,

IT IS HEREBY ORDERED:

1. That plaintiff The Antioch Company, Inc. is granted leave to file and serve a FIRST AMENDED VERIFIED COMPLAINT FOR PERMANENT INJUNCTIVE RELIEF AND OTHER RELIEF AND DEMAND FOR JURY TRIAL in the form attached hereto;

2. That defendants Scrapbook Borders, Inc., Lisa DeBonoPaula a/k/a Lisa dePaula, and Luis DeBonoPaula d/b/a Solrac Enterprises are granted leave to file and serve a FIRST AMENDED ANSWER AND COUNTERCLAIMS in the form attached hereto;

3. That the parties' original amended pleadings and copies of same attached hereto shall be filed by the Clerk of Court on the parties' behalves; and

4. That the parties serve their amended pleadings within ten (10) days of their receipt of this Order.

Dated this 15th day of August, 2002

BY THE COURT

Raymond L. Erickson

Raymond L. Erickson
Magistrate Judge of the
United States District Court

GP:912451 v1