ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

-------------------------------

The Antioch Company,

Plaintiff,

v.

Scrapbook Borders, Inc.
Lisa DeBonoPaula a/k/a Lisa dePaula, and Luis DeBonoPaula d/b/a Solrac Enterprises,

Defendants.

-------------------------------

Civil File No. 02-CV-100 (MJD/RLE)

**JOINT MOTION AND STIPULATION**

and **ORDER**

On December 19, 2002, the parties in the above-noted matter engaged in significant settlement discussions, following the depositions of three party representatives and two third-party witnesses. As a result of those discussions, the parties are attempting to move forward to produce a written settlement agreement which can be filed with the Court and thereby dispose of this pending matter.

However, counsel for the defendants will be out of the country in Thailand (attending the XX World Scout Jamboree) from December 26, 2002 through January 10, 2003. As a result, while initial drafting of a settlement agreement can be performed by plaintiff's counsel during the end of December and beginning of January, counsel for defendants will not be able to participate in the drafting process until his return to the United States on January 10.

Under the Court's current scheduling order, discovery in this matter is to close on February 14, 2003. Each of the parties is currently responding to requests for production of documents (and other discovery requests) and materials are expected to be exchanged during the latter part of December and early part of January, 2003. However, the parties are concerned that

FILED JAN 02 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

should settlement discussions either become protracted or not come to fruition, there will be a last minute crunch in attempting to complete discovery by February 14, 2003.

As a result, and in furtherance of the parties' settlement negotiations, the parties jointly hereby request that the current schedule in this matter be adjusted by moving all dates back two calendar weeks. The parties believe this will facilitate the likelihood of settlement of the matter, and will not (even in the event the case fails to settle) result in a material disruption of the schedule, nor a prompt resolution of the matter by trial.

The parties request that Your Honor execute the enclosed Order moving the dates of the current schedule.

DATED: December 24, 2002

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: ______________________

Christopher K. Sandberg #95485
Suite 2200
100 Washington Avenue South
Minneapolis, Minnesota 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

Counsel for Defendants
Scrapbook Borders, Inc.
Lisa DeBonoPaula a/k/a Lisa
DePaula, and Luis DeBonoPaula
d/b/a Solrac Enterprises

DATED: December 26, 2002

GRAY, PLANT, MOOTY, MOOTY & BENNETT

By ______________________

Gina M. Tiefenthaler
3400 City Center
33 South Sixth Street
Minneapolis, MN 55402-3796

**ORDER REVISING PROCEDURAL SCHEDULE**

Based upon the parties' Joint Motion and Stipulation filed on December ____, 2002, in the above-noted matter, and based upon the good cause shown therein, the dates set in the Court's current Scheduling Order in this matter are hereby adjusted by adding two calendar weeks to each date contained therein.

BY THE COURT

Raymond L. Erickson

The Honorable Raymond L. Erickson
Magistrate Judge
United States District Court

DATED: 1/2/03

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The District of Minnesota is pleased to announce the offering of a service called New Cases System (NCS) on our web site at www.mnd.uscourts.gov. The NCS lists new civil and criminal cases filed in St. Paul, Minneapolis or Duluth each day. It indicates the date assigned, case number, case name, the city in which the case was filed, and the District and Magistrate Judge assigned to the case.

The web NCS is available free of charge. The NCS may also be accessed from the public terminals located in the clerk's offices at the addresses above.