UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

The Antioch Company,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Scrapbook Borders, Inc.,

Defendant.

Civ. No. 02-100(RLE)

* * * * * * * * * * * * * * * * * *

TO: All counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: November 20th, 2003
At Duluth, Minnesota

(84)

NOV 2 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
JB