AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA MINNESOTA

The Antioch Company

V.

Scrapbook Borders, Inc. et al.

**NOTICE**

CASE 02-100 RLE

TYPE OF CASE:

☒ **CIVIL** ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

SETTLEMENT CONFERENCE

☒ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U. S. Courthouse #9W<br>300 So. 4th St. Minneapolis | August 10, 2004 at 9:30 a.m. | December 14, 2004 at 9:30 a.m. |

Franklin L. Noel
United States Magistrate Judge

August 4, 2004
DATE

s/ Cathy Orlando, Judicial Assistant
(BY) DEPUTY CLERK

TO: Dean C. Eyler, Esq. and Adam M. Nathe, Esq.
Gray, Plant, Mooty, Mooty & Bennett

Christopher K. Sandberg, Esq.
Lockridge Grindal Nauen