Please file & docket

LOCKRIDGE GRINDAL NAUEN
P.L.L.P.
ATTORNEYS AT LAW

SUITE 2200
100 WASHINGTON AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55401-2179

TELEPHONE (612) 339-6900
FACSIMILE (612) 339-0981

SUITE 301
660 PENNSYLVANIA AVENUE, S.E.
WASHINGTON, D.C. 20003-4335

TELEPHONE (202) 544-9840
FACSIMILE (202) 544-9850

WWW.LOCKLAW.COM

ROBERT J. SCHMIT
RICHARD A. LOCKRIDGE
CHARLES N. NAUEN*
H. THEODORE GRINDAL
W. JOSEPH BRUCKNER
PATRICIA A. BLOODGOOD*
CHRISTOPHER K. SANDBERG
J. MICHAEL SCHWARTZ
HARRY E. GALLAHER
WILLIAM A. GENGLER
ERIC C. TOSTRUD
ROBERT K. SHELQUIST
HENRI G. MINETTE
GREGG M. FISHBEIN
SUSAN E. ELLINGSTAD
KAREN HANSON RIEBEL
JAMES M. GENIA
*ALSO ADMITTED IN WISCONSIN

OF COUNSEL
DANIEL A. FARBER**
ELIZABETH A. SNELSON
KATHLEEN F. YOUNG
MILDA K. HEDBLOM
BRADLEY W. ANDERSON
**ADMITTED IN WASHINGTON, D.C. ONLY

CHRISTIAN M. SANDE
HEIDI M. DREWES-SILTON
GREGORY J. MYERS
KATHERYN A. ANDRESEN
YVONNE M. FLAHERTY
RACHEL C. DELICH
DARLA JO BOGGS
MATTHEW R. SALZWEDEL
SUNNY H. KIM***
DAVID J. ZOLL
MARY E. BRIEDE
***ADMITTED IN MASSACHUSETTS AND NEW YORK ONLY

GOVERNMENT RELATIONS†
DENNIS M. MCGRANN††
KATHLEEN K. MICHELETTI†††
ALLYSON J. HARTLE
REBECCA K. KLETT
RACHEL R. ZAGRABELNY
MARA B. HUMPHREY
NORA C. STEWART
ANDREW M. TANTILLO
JENNIFER A. SWEENEY
† NON-ATTORNEY LOBBYISTS
†† DIRECTOR OF FEDERAL PUBLIC AFFAIRS
††† MANAGER OF STATE GOVERNMENT RELATIONS

July 30, 2004

The Honorable Raymond L. Erickson
U.S. Magistrate Judge
Federal Building, Room 412
515 West First Street
Duluth, MN 55802-1397

E-MAIL:
raymonderickson_chambers@mnd.uscourts.gov

The Honorable Franklin L. Noel
U.S. Magistrate Judge
U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

FAX: 612-664-5117

RECEIVED AUG 03 2004

Re: *The Antioch Company v. Scrapbook Borders, Inc., Lisa DeBonoPaula a/k/a Lisa dePaula, and Luis DeBonoPaula d/b/a Solrac Enterprises,*
Civil File No. 02-CV-100 (MJD/RLE)

Dear Magistrates Erickson and Noel:

I am writing this letter on behalf of defendants Lisa DeBono Paula and Luis DeBono Paula in the above-noted matter, and to request a six-month extension in the hearing calendar for this matter.

I was informed by my clients a few days ago that their home was struck by lightening last week, and for all practical purposes destroyed. It is my understanding that the house is uninhabitable, and the fire inspectors believe it will have to be complete rebuilt from the foundation up because it is completely structural unsound. In addition to the obvious impact on the defendants' family (including their three small children, on of whom is only a few months old), there is a disastrous impact on their business activities as well, since all their business was done through offices at their home.

It is my clients' expectation that they will be consumed over the next six months with the immediate problems of securing lodging for their family, temporary location for their business, and overseeing the reconstruction of the home and offices. As a result, traveling to Minnesota

for the presently scheduled activities within this case (including the settlement conference presently set for August 10), would pose an extraordinary hardship on the defendants. They have requested me to ask for a six-month extension in the schedule so as to give them enough time to get their personal and business lives in to some semblance of order so that they can return their attentions to a reasonable defense of this matter.

I recognize this is an unusual request, but I believe the extraordinary circumstances described above merit special consideration. I have briefly discussed this with counsel for Antioch this morning, but I make the request solely on my clients' behalf. I would appreciate discussing this request as quickly as your Honors are able to do so.

Sincerely,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

Christopher K. Sandberg

CKS/sm

c: Lisa and Luis DeBono Paula
Dean Eyler (via fax)

SCANNED
AUG 1 0 2004
U.S. DISTRICT COURT DULUTH