UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

The Antioch Company,

Plaintiff,

vs.

Scrapbook Borders, Inc., et al.,

Defendants.

AMENDED ORDER

Civ. No. 02-100 (RLE)

* * * * * * * * * * * * * * * * * *

On December 22, 2003, this Court entered a Notice for Trial in the above-entitled case to commence on Monday, September 27, 2004, at 9:00 a.m., in Court Room No. 12W, United States Courthouse, 300 South Fourth St., Minneapolis, Minnesota. On July 30, 2004, the Court received an informal request to continue the Trial date from counsel for the Defendants, due to a loss of their home due to a lightening strike. On August 3, 2004, the Court conducted a telephone hearing regarding the continuance, with Dean C. Eyler, Esq., counsel for the Plaintiff, and Christopher K. Sandberg, counsel for the Defendants. The informal request to continue the Trial will be granted.

THEREFORE, It is –

ORDERED:

1. That the informal request to continue the Trial Date is GRANTED, and the Trial of the above-entitled matter, set for Monday, September 27, 2004, is stricken from the Court's calendar.

2. That this matter is scheduled for Trial, before a Jury, on a date certain basis, commencing on **Tuesday, January 18, 2005, at 9:00 a.m.**, in Court Room No. 12W, United States Courthouse, 300 South Fourth St., Minneapolis, Minnesota. **Counsel are to meet in Chambers at 8:30 a.m., for a Final Pretrial Conference**.

3. Counsel's attention is directed to the Local Rules for the District of Minnesota, specifically, Local Rule 39.1 regarding Trial Practice, and the Electronic Case Filing Procedures for the District of Minnesota. All Pretrial materials referred to in Local Rule 39.1(b), shall be served and filed pursuant to the Electronic Case Filing Procedures for the District of Minnesota, by the close of business by **5:00 p.m., Thursday, December 30, 2004**. The Court's copy of the same shall be submitted in hard copy and directly transmitted to Magistrate Judge Raymond L. Erickson, United States Courthouse, Room 412, 515 W. First St., Duluth, MN 55802, and received by **5:00 p.m., Friday, December 31, 2004**. Each proposed jury instruction shall be on a separate page and contain citation of legal authority.

Counsel **MUST PREMARK ALL EXHIBITS** to be used or introduced at Trial in the manner indicated in Local Rule 39.1(b)(1)(B). Exhibit and witness lists shall be submitted on the standard federal exhibit and witness forms which are located on the United States District of Minnesota website: www.mnd.uscourts.gov under Miscellaneous (AO187) Exhibit List.

4. Objections to exhibits other than rebuttal exhibits or exhibits used exclusively for cross-examination purposes are to be resolved with opposing counsel prior to the first day of Trial. Any objections which are incapable of resolution will be resolved by the Court at the Final Pretrial Conference.

5. Any party intending to file a Motion in limine shall serve and file the same, pursuant to the Electronic Case Filing Procedures for the District of Minnesota, by **5:00 p.m., Thursday, December 30, 2004**. The Court's copy is to be submitted in hard copy and directly transmitted to the undersigned at the United States Courthouse, Room 412, 515 W. First St., Duluth, Minnesota 55802, and received by **5:00 p.m., on Friday, December 31, 2004**.

Any party intending to respond to a Motion in limine shall serve and file the same, pursuant to the Electronic Case Filing Procedures for the District of Minnesota, by **5:00 p.m., Thursday, January 6, 2005**. The Court's copy is to be submitted in hard copy and directly transmitted to the undersigned as noted above, and received by **5:00 p.m., on Friday, January 7, 2005**.

6. One copy of all materials are to be served on opposing counsel.

7. At the time of Trial, counsel should be prepared to participate in the Jury's voir dire.

8. A delay or continuance of the Trial date shall only be requested upon formal Notice and Motion. Under no circumstances will a continuance be deemed justified because of a failure to complete discovery or to take depositions in lieu of Trial testimony.

9. Please contact the undersigned (218-529-3520) immediately if this case is settled.

BY THE COURT:

DATED: August 10, 2004

s/Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge