Please file & docket

GRAY PLANT MOOTY

500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-3796

612 632-3000
Fax: 612 632-4444

1010 West St. Germain Street
Suite 600
St. Cloud, MN 56301

320 252-4414
Fax: 320 252-4482

JAN 0 2005

*Reply to Minneapolis*
**Dean C. Eyler**
**612 632-3016**
**Dean.Eyler@gpmlaw.com**

December 30, 2004

The Honorable Raymond Erickson
United States District Court
412 U.S. Courthouse
515 West First Street
Duluth, MN 55802

**VIA E-MAIL AND U.S. MAIL**

Re: The Antioch Company v. Scrapbook Borders, Inc., Lisa DeBonoPaula a/k/a Lisa dePaula, and Luis DeBonoPaula d/b/a Solrac Enterprises
Court File No. 02-CV-100 MJD/RLE

Dear Judge Erickson:

I am counsel for the plaintiff in the above-referenced matter. This letter is to inform the Court that the parties have reached a settlement in the matter. We are in the process of finalizing the settlement documents and hope to have them complete yet today. If you have any questions, please do not hesitate to contact me or Mr. Sandberg, who is counsel for the defendants.

Very truly yours,

Dean C. Eyler

cc (via e-mail & U.S. mail): Magistrate Franklin J. Noel
Mr. Christopher K. Sandberg

SCANNED
JAN 2005
U.S. DISTRICT COURT DULUTH