UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Antioch Company,<br><br>Plaintiff,<br><br>vs.<br><br>Scrapbook Borders, Inc., Lisa DeBonoPaula a/k/a Lisa dePaula, and Luis DeBonoPaula d/b/a Solrac Enterprises,<br><br>Defendants. | ) | Court File No. 02-CV-100 MJD/RLE<br><br>**STIPULATED ORDER OF INJUNCTION** |

STIPULATION

Pursuant and subject to the terms and conditions of the Settlement Agreement between the parties, the parties hereto, by and through their respective counsel, hereby agree to a stipulated permanent injunction in the above-captioned matter, as follows:

1. Defendants Scrapbook Borders, Inc., Lisa DeBonoPaula a/k/a Lisa dePaula, and Luis DeBonoPaula d/b/a Solrac Enterprises (collectively "Defendants"), along with its officers, agents, servants, employees, and all persons in active participation with any of them, are hereby enjoined from making, manufacturing, distributing, offering to sell, selling, importing, exporting, promoting, or advertising and/or causing or assisting any other person to make, manufacture, distribute, offer to sell, sell, import, export, promote, or advertise idea books, CD-ROM products, or any other articles that display Antioch's copyrighted original adhesive sticker designs, including the sticker designs shown in the attached Exhibits 1 through 39 to the Complaint in this matter, without the prior express written consent, by the legal department or an authorized officer, of Antioch.

2. All parties are hereby enjoined from publishing communications that disparage, tend to disparage, or tend to tarnish the business reputation of any other party, and shall not cause any other person to publish communications that disparage, tend to disparage, or tend to tarnish the business reputation of any other party.

3. Defendants agree and warrant that they have destroyed all infringing inventory within their possession or under their direct and indirect control, including but not limited to Scrapbook Borders Volume 1 CD, Scrapbook Borders Volume 2 CD, Scrapbook Borders Idea Book One, and Scrapbook Borders Idea Book Two, other than two personal copies of each of the works, which Antioch agrees Defendants may retain solely for archival purposes, subject in all respects to the provisions of Paragraph 1 above.

4. In the event of any violation of this Order, a party shall be entitled to an award of reasonable costs and fees, including attorneys' fees, incurred in enforcing this Order.

5. The jurisdiction of this Court is retained for the purpose of making any other orders necessary or proper to enforce the terms of this Order and to preside over any disputes or violations relating thereto.

SO STIPULATED:

Dated: January 13, 2005.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By___s/Dean C. Eyler___________________
Dean C. Eyler, MN Atty. No. 267491
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3016

Attorneys for Plaintiff, The Antioch Company

Dated: December 31, 2004.

LOCKRIDGE GRINDAL NAUEN PLLP

By: s/Christopher K. Sandberg
Christopher K. Sandberg
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Fax: 612-339-0981

Attorneys for Defendants, Scrapbook Borders, Inc., Lisa DeBonoPaula a/k/a Lisa dePaula, and Luis DeBonoPaula d/b/a Solrac Enterprises

GP:1657232 v2