UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| The Antioch Company,<br><br>Plaintiff,<br><br>vs.<br><br>Scrapbook Borders, Inc., Lisa DeBonoPaula a/k/a Lisa dePaula, and Luis DeBonoPaula d/b/a Solrac Enterprises,<br><br>Defendants. | ) | Court File No. 02-CV-100 MJD/RLE<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on January 13, 2005, I caused the following document:

**STIPULATED ORDER OF INJUNCTION**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| ECF PARTICIPANT NAME | ECF PARTICIPANT E-MAIL |
|---|---|
| Dean C. Eyler | dean.eyler@gpmlaw.com |
| Robert W. Gutenkauf | robert.gutenkauf@gpmlaw.com |
| Adam M. Nathe | adam.nathe@gpmlaw.com |
| Christopher K. Sandberg | cksandberg@locklaw.com |

Dated: January 13, 2005

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By: s/Dean C. Eyler
Dean C. Eyler, #267491
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-632-3000
Fax: 612-632-4444

ATTORNEYS FOR PLAINTIFF THE ANTIOCH COMPANY

GP:1668042 v1