✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

The Antioch Company

V.

Scrapbook Borders, Inc., Lisa DeBonoPaula a/k/a Lisa dePaula, and Luis DeBonoPaula d/b/a Solrac Enterprises

## JUDGMENT IN A CIVIL CASE

Case Number: 02-CV-100 (RLE)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants Scrapbook Borders, Inc., Lisa DeBonoPaula a/k/a Lisa dePaula, and Luis DeBonoPaula d/b/a Solrac Enterprises (collectively "Defendants"), along with its officers, agents, servants, employees, and all persons in active participation with any of them, are hereby enjoined from making, manufacturing, distributing, offering to sell, selling, importing, exporting, promoting, or advertising and/or causing or assisting any other person to make, manufacture, distribute, offer to sell, sell, import, export, promote, or advertise idea books, CD-ROM products, or any other articles that display Antioch's copyrighted original adhesive sticker designs, including the sticker designs shown in the attached Exhibits 1 through 39 to the Complaint in this matter, without the prior express written consent, by the legal department or an authorized officer, of Antioch.
2. All parties are hereby enjoined from publishing communications that disparage, tend to disparage, or tend to tarnish the business reputation of any other party, and shall not cause any other person to publish communications that disparage, tend to disparage, or tend to tarnish the business reputation of any other party.
3. Defendants agree and warrant that they have destroyed all infringing inventory within their possession or under their direct and indirect control, including but not limited to Scrapbook Borders Volume 1 CD, Scrapbook Borders Volume 2 CD, Scrapbook Borders Idea Book One, and Scrapbook Borders Idea Book Two, other than two personal copies of each of the works, which Antioch agrees Defendants may retain solely for archival purposes, subject in all respect to the provisions of Paragraph 1 above.
4. In the event of any violation of this Order, a party shall be entitled to an award of reasonable costs and fees, including attorneys' fees, incurred in enforcing this Order.
5. The jurisdiction of this Court is retained for the purpose of making any other orders necessary or proper to enforce the terms of this Order and to preside over any disputes or violations relating thereto.

January 14, 2005
Date

RICHARD D. SLETTEN, CLERK

s/Jenny Beck
(By) Jenny Beck, Deputy Clerk